| | |
|---|---|
| 1 | MICHELLE A. CHILDERS (SBN #197064) |
| | michelle.childers@dbr.com |
| 2 | NATHAN D. CARDOZO (SBN #259097) |
| | nathan.cardozo@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 5 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its Division, ETHICON WOMEN'S HEALTH & UROLOGY, and erroneously sued as GYNECARE, INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN, an individual, PAMELA AGUILAR, an individual, BETTY GIPE, an individual, EDITH ROBERTSON, an individual, LAURA VUJOVICH, an individual, ANNETTE CONSALVOS, an individual, and JOYCE FLYNN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred, <br><br> Defendants. | Case No. 4:10-CV-04741-PJH <br><br> **STIPULATION AND JOINT REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER** <br><br> Date:              April 7, 2011 <br> Time:             2:00 p.m. <br> Courtroom:     3 <br> Judge:            Hon. Phyllis J. Hamilton <br><br> Complaint Filed:  October 20, 2010 <br> **Trial Date:        Not set** |

Pursuant to Local Rule 16-2(e) of the United States District Court of the Northern District of California, the parties request a continuance of the Case Management Conference as follows:

1.    On February 4, 2011, the Court scheduled a Case Management Conference for April 7, 2011.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM
CASE MANAGEMENT SCHEDULE
SF01/ 743937.2

CASE NO. 4:10-CV-04741-PJH

2. On March 1, 2011, Defendants moved to sever and transfer this action to each of Plaintiffs' individual home districts. If Defendants' motion is granted, none of the Plaintiffs' claims will remain in this Court. Defendants motion is scheduled to be heard on April 6, 2011.

3. All parties have agreed to request that the pending motion to sever and transfer be decided before the parties move forward with this lawsuit.

WHEREFORE Plaintiffs and Defendants, hereby stipulate by the undersigned counsel to request that the Court continue the Case Management Conference currently set for April 7, 2011 for an additional 90 days or to a date convenient to the Court.

Dated: March 15, 2011                                DRINKER BIDDLE & REATH LLP

                                                     By:/s/ Michelle A. Childers
                                                         Michelle A. Childers

                                                     Attorneys for Defendants
                                                     ETHICON WOMEN'S HEALTH &
                                                     UROLOGY DIVISION OF ETHICON, INC.
                                                     (erroneously sued as GYNECARE, INC.);
                                                     ETHICON, INC.; and JOHNSON &
                                                     JOHNSON

Dated: March 15, 2011                                GIRARDI & KEESE

                                                     By:/s/ Amanda Kent
                                                         Thomas V. Girardi
                                                         Amy Fisch Solomon
                                                         Amanda Kent

                                                     Attorneys for Plaintiffs

The Case Management Conference scheduled for April 7, 2011 is hereby continued until July 7, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/16/11                                       BY THE COURT

                                                     _____
                                                     Honorable Phyllis J. Hamilton
                                                     United States District Judge

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
SF01/ 743937.2
- 2 -
CASE NO. 4:10-CV-04741-PJH