# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE
#### OFFICE OF THE CLERK

WILLIAM M. MCCOOL  
CLERK

700 STEWART ST.  
SUITE 2310  
SEATTLE, WA 98101

April 25, 2011

Re: VUJOVICH ET AL V. GYNECARE, INC. ET AL 2:11−cv−00690−BAT

Dear Counsel:

The above referenced case has been transferred to the Western District of Washington from California Northern on April 25, 2011 as cause number 2:11−cv−00690−BAT. This case has been assigned to the Honorable Brian A Tsuchida.

Pursuant to Local Rule GR2(d)*, you are required to associate local counsel in this district. After completing the *Application for Leave to Appear Pro Hac Vice* and the *ECF Registration Form* found on the court's website, please contact local counsel so that they can file them electronically on your behalf and pay the required $150.00 fee. When your application has been approved, the court will send you a login and a password for the Electronic Filing system. Electronic filing is mandatory in the Western District of Washington.

If you do not want to appear in this case, please call the Seattle Docket Team at 206−370−8450.

If a motion is pending and undecided at the time of transfer, the moving party must note it for consideration on the court's calendar in accordance with Local Rule 7(d).

Please go to the district's website at www.wawd.uscourts.gov to download the necessary application and registration form, the electronic filing procedures, and the local rules.

After this letter, you will not receive further notification of activity in this case until the local attorney files an Application for Leave to Appear Pro Hac Vice on your behalf and the required fee is paid.

Thank you for your cooperation.

Sincerely,

William M. McCool, Clerk

By: s/ Melody Byrd  
     Deputy Clerk

---

   *Any member in good standing of the bar of any court of the United States, or of the highest court of any other state, or of any organized territory of the Unites States, and who neither resides nor maintains an office for the practice of law in the Western District of Washington normally will be permitted upon application and upon a showing of particular need to appear and participate ina particular case if there shall be joined of record in such appearance an associate attorney having an office in this district and admitted to practice in this court who shall sign all pleadings prior to filing and otherwise comply with CR 10(e) hereof. Attorneys who are admitted to the bar of this court but reside outside the district need not associate with counsel.

Such application shall be promptly filed with the clerk and shall set forth: (1) the name and address of the applicant's law firm; (2) the basis upon which "particular need" is claimed; (3) a statement that the applicant understands that he is charged with knowing and complying with all applicable local rules; (4)a statement that the applicant has not been disbarred or formally censured by a court of record or by a state bar association; and (5) a statement that there are no pending disciplinary proceedings against the applicant. This application shall be accompanied by a representation by local counsel that he is authorized and will be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present upon any date assigned by the court. Applications filed under this rule will be approved or disapproved by the clerk. GR 2(d)