UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA VUJOVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred,<br><br>　　　　　Defendants. | NO. C11−00690 BAT<br><br>NOTICE OF APPEARANCE OF DEFENDANTS GYNACARE, INC., ETHICON, INC., and JOHNSON & JOHNSON |

TO:　　　　THE CLERK OF THE COURT;

AND TO:　　Amyk Fisch Solomon and Thomas V. Girardi, and the law firm of Girardi & Keese, plaintiff's attorneys of record.

　　　　PLEASE TAKE NOTICE that Defendants GYNACARE, INC., ETHICON, INC., and JOHNSON & JOHNSON, without waiving any defenses and without waiving objections as to insufficiency of process, insufficiency of service of process, venue or jurisdiction, hereby appears in the above-entitled cause by and through its attorney, Jeffrey R. Johnson of Williams,

NOTICE OF APPEARANCE OF DEFENDANTS GYNACARE, INC.,
ETHICON, INC., and JOHNSON & JOHNSON - 1
(C11−00690 BAT)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
P (206) 628-6600; F (206) 628-6611

3142269.1

1  Kastner & Gibbs PLLC, and request that all further papers and pleadings herein, exclusive of
2  original process, be served upon the undersigned attorneys at the address stated below.
3      DATED this 4th day of May, 2011.

```
                                    s/ Jeffrey R. Johnson
                                    Jeffrey R. Johnson, WSBA #11082
                                    Attorneys for Defendants
                                    GYNACARE, INC., ETHICON, INC., and
                                    JOHNSON & JOHNSON
                                    WILLIAMS, KASTNER & GIBBS PLLC
                                    601 Union Street, Suite 4100
                                    Seattle, WA  98101-2380
                                    Telephone: (206) 628-6600
                                    Fax: (206) 628-6611
                                    Email: jjohnson@williamskastner.com
```

NOTICE OF APPEARANCE OF DEFENDANTS GYNACARE, INC.,
ETHICON, INC., and JOHNSON & JOHNSON - 2
(C11−00690 BAT)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
P (206) 628-6600; F (206) 628-6611

3142269.1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 4, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*COUNSEL FOR PLAINTIFF:*

**Amy Fisch Solomon -** PHV PENDING
Girardi & Keese
1126 Wilshire Blvd
Los Angeles, CA 90017
213-977-0211
Email: asolomon@girardikeese.com

**Thomas V. Girardi -** PHV PENDING
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
213-977-0211
Fax: 213-481-1554
Email: tgirardi@girardikeese.com

*COUNSEL FOR GYNACARE, INC., ETHICON, INC. and JOHNSON & JOHNSON:*

**Michelle A Childers -** PHV PENDING
DRINKER BIDDLE & REATH
225 BUSH ST
15th FLOOR
SAN FRANCISCO, CA 94104-4207
415-397-1730
Email: machilders@dbr.com

*COUNSEL FOR ETHICON, INC.:*

**Adam J. Spicer -** PHV PENDING
Butler Snow O'Mara Stevens & Cannada, PLLC
1020 Highland Parkway
Suite 1400
Ridgeland, MS 39157
601-985-4598

NOTICE OF APPEARANCE OF DEFENDANTS GYNACARE, INC., ETHICON, INC., and JOHNSON & JOHNSON - 3
(C11−00690 BAT)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
P (206) 628-6600; F (206) 628-6611

3142269.1

**Christy D. Jones -** PHV PENDING
Butler Snow O'Mara Stevens & Cannada
1020 Highland Parkway
Suite 1400
Ridgeland, MS 39157
601-985-4523
Email: christy.jones@butlersnow.com

*COUNSEL FOR JOHNSON & JOHNSON:*

**Nathan Daniel Cardozo -** PHV PENDING
Drinker Biddle & Reath LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105
415-591-7529
Fax: 415-591-7510
Email: nathan.cardozo@dbr.com

DATED this 4th day of May, 2011.

s/Jeffrey R. Johnson, WSBA #11082
Attorneys for Defendants
GYNACARE, INC., ETHICON, INC., and
JOHNSON & JOHNSON
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
P:  (206) 628-6600; F:  (206) 628-6611
Email: jjohnson@williamskastner.com

NOTICE OF APPEARANCE OF DEFENDANTS GYNACARE, INC., ETHICON, INC., and JOHNSON & JOHNSON - 4
(C11−00690 BAT)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
P (206) 628-6600; F (206) 628-6611

3142269.1